1
2
3
4
5
6
7

8  UNITED STATES DISTRICT COURT
    FOR THE
9   EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| 10  WALTER WINKFIELD, | Civil No.  1:15-cv-03053-MKD |
| 11       Plaintiff, | |
| 12       vs. | ORDER GRANTING STIPULATED MOTION FOR REMAND |
| 13  CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| 14 | |
| 15       Defendant. | **ECF No. 18** |

The Court has considered the parties' stipulated motion for remand. The parties have consented to proceed before a magistrate judge. ECF No. 20.

IT IS ORDERED that the motion, **ECF No. 18**, is **GRANTED**.  The above-captioned case is reversed and remanded for further administrative proceedings, in accordance with sentence four of 42 U.S.C. § 405(g).

Upon remand, an Administrative Law Judge shall offer plaintiff an opportunity for a new hearing, further update the medical record and issue a new decision. The ALJ shall also:

1. Re-evaluate the medical source opinions evidence of record, in particular the opinions of Gordon Hale, M.D., and Richard Roux, M.D.;

2. Reconsider the Veterans' Administration determination of disability;

3. Reassess Plaintiff's maximum residual functional capacity (RFC), specifically with consideration of the opinions of record from all medical source opinions and fashion a complete RFC finding. The ALJ should provide specific reasoning for the weight given to opinion evidence, discussing the evidentiary basis for conclusions (along with an adequate rationale for either accepting or rejecting probative medical opinions), and giving consideration to obtaining medical expert testimony; and

4. Reassess step five, addressing whether claimant is able to make a vocational adjustment to other work existing in significant numbers in the national economy, with the assistance of a vocational expert, ensuring that the vocational expert is provided a hypothetical that is consistent with the RFC ultimately found.

Upon proper application, Plaintiff shall be eligible for attorneys' fees under the Equal Access to Justice Act, 24 U.S.C. § 2412 et seq.

The District Court Executive is directed to enter judgment for plaintiff,

provide copies of this order to the parties and CLOSE THE FILE.

DATED this 11th day of February, 2016.

<u>S/ Mary K. Dimke</u>

MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE